COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Marvinell Harlan v. Texas Workforce Commission, Appeal Tribunal Hearing Officer J. Koehn, Hearing Officer L. Lawrence, and Commissioners Hope Andrade and Andres Alcantar

Appellate case number:     01-17-00849-CV

Trial court case number:     2015-11049

Trial court:     190th District Court of Harris County

Appellant, Marvinell Harlan, has filed a second motion to extend time to file a motion for rehearing, requesting an extension of twenty-one days to file a motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8. The motion is **granted**. Appellant's motion for rehearing is due to be filed no later than **October 12, 2018**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

☒ Acting individually     ☐ Acting for the Court

Date: October 9, 2018